RECEIVED
IN LAKE CHARLES, LA

OCT 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MIKE HOOKS, INC.** | : | **DOCKET NO. 2:06 CV 0134** |
| **VS.** | : | **JUDGE MINALDI** |
| **NADINE MAYFIELD** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Considering the Stipulation of Dismissal Without Prejudice filed by plaintiff and defendant,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed without prejudice

with each party bearing its respective costs.

THUS DONE AND SIGNED at Lake Charles, Louisiana on this _27_ day of October,

2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE